**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MINNESOTA LIFE INSURANC COMPANY<br>V.<br>WILLIAM SHAW and VICKI WILKINS-SHAW | FILED: APRIL 17, 2008<br>Case Number:<br>08CV 2199 NF<br>JUDGE ASPEN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MINNESOTA LIFE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>Catherine A.T. Nelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Catherine A.T. Nelson | |
| FIRM<br>Cozen O'Connor | |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 1500 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192953 | TELEPHONE NUMBER<br>312-382-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |