## United States District Court for the Northern District of Illinois

Case Number: 08CV2199                    Assigned/Issued By: J. N.

Judge Name:                                Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

✓ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
☐ Citation to Discover Assets               (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _04/22/08_ as to _VIKI SHAW_____
                                  (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05