# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MINNESOTA LIFE INSURANCE COMPANY

V.

WILLIAM SHAW and VIKI SHAW

CASE NUMBER: 08 cv 2199

ASSIGNED JUDGE: Aspen

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Viki Shaw
5605 Hyles
Hammond, IN 46320

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine A. T. Nelson
COZEN O'CONNOR
222 S. Riverside Plaza, Suite 1500
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_Jarrette Numar_ (signature)
(By) DEPUTY CLERK

APR 2 2 2008
DATE

[RECEIVED stamp: 2008 APR 24 P 2:25, COUNTY SHERIFF DEPT]

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-28-08 |
| NAME OF SERVER (PRINT) Sandy Ligon | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Director's House

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-28-08
_____
Date

Signature of Server: Sandy Ligon

Address of Server: 232 Russell St

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Lake County, Indiana
Sheriff's Department
Civil Process Division

# Affidavit Of Out of State Service

State of __ILLINOIS__    Cause Number __08-CV-2199__

County of _____

Plaintiff __MINNESOTA LIFE INSURANCE COMPANY__

VS.

Defendant __VIKI SHAW__

(State of Indiana
(County of Lake

Deputy Sheriff __DEPUTY SANDY LIGON__, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the __28TH__ Day of __APRIL__, 20__08__, in the city of __HAMMOND,__ County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant __VIKI SHAW__ by mailing, also delivering to and leaving with at

(ADDRESS) __5605 HYLES__

☐PERSONALLY  ☐AUTHORIZED AGENT  ☒PLACE OF RESIDENCE AND COPIES MAILED

_____/s/ Sandy Ligon_____ Deputy Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this __29TH__ Day of __APRIL__ A.D. 20__08__.

Notary Public _/s/ Ada M. Garvey-Oslizlo_   My Commission Expires:

ADA M. GARVEY-OSLIZLO
NOTARY   Lake County
SEAL   My Commission Expires
April 20, 2015