# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Minnesota Life Insurance Company

                           Plaintiff,

v.                                                      Case No.: 1:08–cv–02199
                                                        Honorable Marvin E. Aspen

William Shaw, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/10/2008, and continued to 7/24/2008 at 10:30 AM. Plaintiff's counsel appears. Defendant William Shaw appears pro se. Defendant Viciki Wilkins–Shaw fails to appear. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.