UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Minnesota Life Insurance Company
                            Plaintiff,

v.                                                      Case No.: 1:08–cv–02199
                                                        Honorable Marvin E. Aspen

William Shaw, et al.
                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen:This court's order of 6/10/08 is amended to include that due to defendant Vicki Wilkins Shaw's failure to appear for the 6/10/08 status hearing, default judgment is entered in favor of defendant Williams Shaw and against defendant Vicki Wilkins Shaw. The status hearing set for 7/24/08 is reset to 8/14/2008 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.