IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2199 |
| ) | |
| WILLIAM SHAW and ) | |
| VICKI ) | |
| WILKINS-SHAW, ) | |
| | |
| Defendants. | |

**ORDER**

This matter coming before the Court for status, default judgment having been previously entered in favor of William Shaw,

IT IS HEREBY ORDERED:

    1. Minnesota Life is to pay the judgment amount of $47,000.00 to William Shaw;
    2. This matter is hereby Dismissed.

Date: 8/14/08

_____
United States District Court Judge

Prepared By:

Catherine A. T. Nelson,
Esq. Cozen O'Connor 222
South Riverside Plaza
Suite 1500 Chicago, IL
60606 (312) 382-3100